The application is denied. There appears no error of law in the judgment complained of.

187 So.2d 439

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
### v.
### The TRAVELERS INSURANCE COMPANY.

#### No. 48206.

June 21, 1966.

In re: The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 184 So.2d 750.

The application is denied. There appears no error of law in the judgment complained of.